UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                          -against-

    RICHARD MARRERO

                                  Defendant.
------------------------------------------------------------ X

23 Cr. 278 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Richard Marrero's sentencing hearing shall be held on **October 10, 2023**, at **10:30 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **September 18, 2023**.  The Government's pre-sentencing submission, if any, shall be filed by **September 21, 2023.**

Dated: June 13, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE