**MASSENA LAW P.C.**
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
EMAIL: AVM@MASSENALAW.COM

* ADMITTED IN FEDERAL AND
  NEW YORK STATE COURTS

December 28, 2023

BY ECF

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square,
New York, NY 10007

Application Granted.  Defendant's sentencing hearing is adjourned from January 22, 2023, to **March 4, 2024, at 11:00 a.m**. Defendant's sentencing submission shall be filed by **February 12, 2024**. The Government's sentencing submission shall be filed by **February 15, 2024**. The Clerk of the Court is directed to terminate the motion at docket number 26.

Dated: January 3, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:  **United States v. Richard Marrero, 23 CR 00278 (LGS)**

Dear Judge Schofield,

I represent the defendant Richard Marrero, regarding the above-referenced matter. This matter is scheduled for sentencing January 22, 2024, at 10:30am. On behalf of the defendant, I write to respectfully request that Mr. Marrero's sentencing be adjourned for a period of 30 days. Counsel is engaged on a homicide trial, before Honorable Michael B. Aloise, in the matter of *People v. Darvin Guiteau*, Ind.#: 425/2019.  The trial is scheduled to end the last week in January. The Government consents to Defense request.

I respectfully request that Mr. Marrero's scheduled sentencing date be adjourned for a period of 30 days from January 22, 2024, to, February 22, 2024.

Thank you for your consideration in this matter.

Respectfully submitted.

*Alain V. Massena*

Alain V. Massena