UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                        :

UNITED STATES OF AMERICA,         :

                            :

                            :          23 Cr. 278 (LGS)

          -against-          :

                            :          <u>ORDER</u>

RICHARD MARRERO,              :

                     Defendant.  :

-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for April 15, 2024, is

adjourned to **April 23, 2024, at 11:00 a.m.**

Dated:  April 9, 2024
        New York, New York

                                      LORNA G. SCHOFIELD
                                UNITED STATES DISTRICT JUDGE